93 So.2d 804

### Faye CHICARELLA

v.

### STATE.

6 Div. 131.

Supreme Court of Alabama.

March 21, 1957.

John H. Lair, Jr., Birmingham, for petitioner.

John Patterson, Atty. Gen., and Jas. H. Webb, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Faye Chicarella for certiorari to the Court of Appeals to review and

695

revise the judgment and decision of that Court in Chicarella v. State, 93 So.2d 802.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.